**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Charles Wayne Cochran, Appellant.

Appellate Case No. 2010-162208

———————

Appeal From York County
John C. Hayes, III, Circuit Court Judge

———————

Unpublished Opinion No. 2012-UP-419
Submitted July 2, 2012 – Filed July 11, 2012

———————

**APPEAL DISMISSED**

———————

Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.

J. Benjamin Aplin, of the South Carolina Department of Probation, Parole & Pardon Services, of Columbia, for Respondent.

———————

**PER CURIAM:** Charles Wayne Cochran appeals his probation revocation, arguing the circuit court abused its discretion in revoking his probation based

partially on his failure to complete a condition of his probation that was not specifically ordered during sentencing. After a thorough review of the record and counsel's brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), and *State v. Williams*, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**PIEPER, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.